[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10027

Non-Argument Calendar

_____

GREGORY B. MYERS,

Plaintiff-Appellant,

*versus*

CITY OF NAPLES, FLORIDA,
NAPLES PROPERTY HOLDING COMPANY, LLC,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:24-cv-00235-JES-KCD

2                    Opinion of the Court                    25-10027

_____

Before ROSENBAUM, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Gregory Myers appeals the district court's order striking his suggestion of bankruptcy and directing him to respond to the defendants' motions to dismiss.  Naples Property Holding Company, LLC ("NPHC") moves to dismiss this appeal for lack of jurisdiction. It also contends that the appeal is frivolous and seeks sanctions, including monetary sanctions and an appellate filing injunction.

We agree that we lack jurisdiction over this appeal.  The order from which Myers appeals did not end the litigation.  *See* 28 U.S.C. § 1291; *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022) (explaining that a final and appealable decision "is typically one that ends the litigation on the merits and leaves nothing for the court to do but execute its judgment").  Nor is the order effectively unreviewable on appeal from a final judgment resolving the case on the merits.  *See Plaintiff A v. Schair*, 744 F.3d 1247, 1252-53 (11th Cir. 2014) (explaining that a ruling that does not conclude the litigation may be appealed under the collateral order doctrine if it, *inter alia*, is "effectively unreviewable on appeal from a final judgment"); *see also Feldspar Trucking Co., v. Greater Atlanta Shippers Ass'n,* 849 F.2d 1389, 1391-92 (11th Cir. 1988) (providing that a district court's order staying or refusing to stay its own proceedings is not automatically appealable as injunctive under 28 U.S.C. § 1292(a)(1)).

25-10027                Opinion of the Court                3

Accordingly, the motion to dismiss this appeal for lack of jurisdiction is GRANTED, and this appeal is DISMISSED.  The motion to impose sanctions is DENIED.